IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES R. BLACKMON, JUSTIN M. ROZELLE, ERIC A. MYERS, JARED MUNSON, | § § § § | SA-20-CV-00988-JKP |
| *Plaintiffs,* | § § § | |
| vs. | § § | |
| ZACHARY HOLDINGS, INC., CHIEF EXECUTIVE OFFICER OF ZACHARY HOLDINGS, INC., THE COMPENSATION AND BENEFITS COMMITTEE OF ZACHARY HOLDINGS, INC., JOHN DOES 1-10, WHOSE NAMES ARE CURRENTLY UNKNOWN; | § § § § § § § § § | |
| *Defendants.* | § § | |

## ORDER SETTING HEARING

Before the Court in the above-styled cause of action is Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [#65]. By their motion, Plaintiffs ask the Court to schedule a preliminary approval hearing to consider the parties' proposed notice plan and to ultimately schedule a final fairness hearing to determine whether the class action settlement is fair, reasonable, and adequate. The parties propose a date of February 21, 2022, for the preliminary approval hearing and a date no sooner than June 10, 2022, for the final fairness hearing. The Court is unable to accommodate the parties on February 21, 2022, as it is a federal holiday and the Court is closed. The Court will hold the preliminary approval hearing on February 16, 2022, at 10:30 a.m.

**IT IS HEREBY ORDERED** that this case is set for a preliminary approval hearing on **February 16, 2022, at 10:30 a.m.** All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

SIGNED this 24th day of January, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE